UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                                       Plaintiff, ) | NO.    CR-12-2004-WFN-1 |
| -vs- ) | ORDER |
| NATIVIDAD MESSINA-GONZALEZ, ) | |
|                                       Defendant. ) | |

A pretrial conference and motion hearing was held June 18, 2012. The Defendant, who is in custody, was present and represented by Nicholas Marchi and assisted by Court-appointed interpreter Estela Castro; Assistant United States Attorney Alison Gregoire represented the Government.

The Court heard argument and reserved ruling on Defendant's Motion to Dismiss Indictment (ECF No. 37). Upon further reflection the Court denies Defendant's Motion because Defendant was never eligible for relief thus suffered no prejudice.

The Court has reviewed the file and Motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Dismiss Indictment, filed June 7, 2012, **ECF No. 37**, is **DENIED**.

2. The trial date of June 25, 2012, is **STRICKEN and RESET to July 23, 2012, at 10:00 a.m., in Yakima,** Washington, which is within Defendant's speedy trial time.

ORDER - 1

3.   The June 25, 2012 final pretrial conference and motion hearing is **STRICKEN and RESET to July 23, 2012, at 9:00 a.m., in Yakima,** Washington.

4.   Trial briefs, motions in limine, requested voir dire and a set of proposed **JOINT JURY INSTRUCTIONS** shall be filed and served on or before **July 10, 2012**.

Jury instructions should only address issues that are unique to this case, and shall include instructions regarding the elements of each claim, any necessary definitions and a proposed verdict form.

The Joint Proposed Jury Instructions shall include:

(a)   The instructions on which the parties agree; and

(b)   Copies of instructions that are disputed (i.e., a copy of each party's proposed version of an instruction upon which they do not agree).  All jury instructions from the most current edition of the Ninth Circuit Manual of Model Jury Instructions may be proposed by number.  The submission of the Joint Proposed Jury Instructions will satisfy the requirements of LR 51.1(c).

Each party shall address any objections they have to instructions proposed by any other party in a memorandum.  The parties shall identify the specific portion of any proposed instruction to which they object and shall elaborate the basis for the objection.  Objections asserting that an instruction sets forth an incorrect statement of law shall describe the legal authority that supports this objection.  Failure to file an objection and supporting argument may be construed as consent to the adoption of an instruction proposed by another party.

5.   The parties are requested to submit courtesy copies of witness and exhibit lists to the Court no later than **12:00 noon the Thursday before trial**.

6.   An additional pretrial conference and motion hearing shall be held **July 9, 2012, at 11:30 a.m., in Yakima,** Washington.

The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 2

**DATED** this 19th day of June, 2012.

06-19-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3